# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Mohamed Hassan Barka, | Case No. 2:25-cv-01781-GMN-MDC |
| Petitioner, | |
| v. | **Order** |
| Chief Counsel, D.H.S., for District of Nevada, | |
| Respondent. | |

Pro se Petitioner Mohamed Hassan Barka has submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1-1. However, Barka has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.

The court may authorize an indigent inmate to begin a habeas action without paying the $5.00 fee if he or she submits an IFP application on the approved form and includes three documents: (a) the inmate's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the inmate and an authorized prison official, and (c) a copy of the inmate's account statement for the six-month period prior to filing. *See* 28 U.S.C. § 1915(a), LSR 1-1, LSR 1-2.

Accordingly, Barka will have 30 days from the date of this Order to either pay the $5.00 filing fee or submit a complete IFP application with all required documentation.

IT IS THEREFORE ORDERED that the initial screening of Petitioner Mohamed Hassan Barka's petition for writ of habeas corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred to until such time as he has fully complied with this Order.

IT IS FURTHER ORDERED that within 30 days of the date of this Order, Barka must file an IFP application that includes a: (a) financial certificate signed by Barka and an authorized prison official, (b) financial declaration and acknowledgement signed by Barka, and (c) copy of Barka's inmate account statement for the six-month period prior to filing. Alternatively, Barka must pay the $5.00 filing fee within 30 days. If Barka decides to pay the filing fee from his inmate account, Barka must arrange to have a copy of this Order attached to the check for the filing fee. Barka's failure to timely comply with this Order will result in the dismissal of his petition without prejudice and without further advance notice.

Dated: October 7, 2025

_____
U.S. District Judge Gloria M. Navarro