**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mohamed Hassan Barka,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>John Mattos,[1] et al.,<br><br>　　　　　　　Respondents. | Case No. 2:25-cv-01781-GMN-MDC<br><br>**Order Directing Service of Petition and Response** |

Petitioner Mohamed Hassan Barka, a detainee being held at Nevada Southern Detention Center, brings this Petition for Federal Habeas Corpus Relief under 28 U.S.C. § 2241, challenging his immigration detention. In compliance with the Court's Order of October 7, 2025 (ECF No. 3), Barka has paid the filing fee to initiate. So, the Court has conducted a preliminary review of his Petition. Having concluded that the Petition states a cognizable claim for relief, the Court now directs that the Petition be served on the Respondents.

IT IS THEREFORE ORDERED that the Clerk of Court is kindly directed to FILE the Petition and its attachments (ECF Nos. 1-1 and 1-2) as a new docket entry and SERVE copies of the Petition with attachments and this Order upon Respondents as follows:

---

[1] John Mattos is the warden of Nevada Southern Detention Center, the facility at which petitioner is currently being detained. Thus, he is the presumptively considered the primary respondent in this case. *See Rumsfeld v. Padilla*, 542 U.S. 426 (2004).

- By serving electronically, through CM/ECF, a copy of the Petition with attachments and this Order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure; by adding the United States Attorney for the District of Nevada to the docket as an Interested Party and sending the documents to Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

- By sending a copy of the Petition with attachments and this Order by mail to: (1) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060, and (2) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

IT IS FURTHER ORDERED that counsel for the Respondents file a notice of appearance within **7 days** of the date of this Order and file and serve their response to the Petition within **14 days** of the date of this Order, unless additional time is allowed for good cause shown.

IT IS FURTHER ORDERED that Petitioner Barka has 14 days following the filing of the response to file a reply, if desired.

IT IS FURTHER ORDERED that Local Rule LR 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

Dated: November 3, 2025

_____
U.S. District Judge Gloria M. Navarro