UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED HASSAN BARKA,<br><br>                  Petitioner,<br>    vs.<br><br>CHIEF COUNSEL D.H.S FOR THE DISTRICT OF NEVADA<br><br>                  Respondent. | Case No.: 2:25-cv-01781-GMN-MDC<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO HABEAS PETITION** |

       Pending before the Court is the Motion to Extend Time to File a Response to Petition for Habeas Corpus, (ECF No. 8), filed by Respondent Chief Counsel D.H.S. for the District of Nevada.  To date, Petitioner has not filed a response.  For good cause appearing, the Court **GRANTS** the Motion to Extend Time to File a Response to Petition for Habeas Corpus.

       Under Federal Rule of Civil Procedure 6(b)(1), a court may extend the time to file documents for "'good cause,' a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).  Requests made for an extension of time before the applicable deadline has passed should "normally. . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id.* (quoting 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (3d ed. 2004)).

       Respondent filed the instant motion on November 17, 2025, the day that their Response was originally due.  Respondent argued that an extension was necessary because they needed additional time to obtain Petitioner's "current immigration records, [and] immigration-related court documents." (*See* Mot. Extend Time 2:7–10, ECF No. 8).  Specifically, Respondent asks for a four-day extension of the time to file a Response to the Petition for Writ of Habeas

Corpus, (ECF No. 6). The Court finds no evidence of bad faith on the part of Respondent in the record and does not find that Petitioner would be prejudiced by a four-day extension. Accordingly,

**IT IS HEREBY ORDERED** that Respondent's Motion to Extend Time to File Response to Petition for Habeas Corpus, (ECF No. 8), is **GRANTED. IT IS FURTHER ORDERED** that Respondent's Response to the Petition for Habeas Corpus, (ECF No. 6), is now due by November 20, 2025.

**DATED** this __20__ day of November, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court